United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Duane Limbaugh and Jennifer Limbaugh, | § § § § | |
| *Plaintiffs,* | § § | Case No. 4:23-cv-02661 |
| v. | § § § | |
| Amazon Logistics, Inc. d/b/a Prime, Ms. Evelyn, LLC, and Isaac Javier Mendez Garcia | § § § § § | |
| *Defendants.* | § | |

## ORDER DENYING MOTION TO QUASH AND MOTION FOR EXTENSION

Two motions have been referred to the undersigned judge. *See* Dkt. 81. First, Defendant Ms. Evelyn, LLC filed a motion to quash a notice of deposition for Clayton Merches. Dkt. 75. The motion lacks the required certificate of conference.[1] *See id.* at 2. For that reason alone, the motion is subject to being stricken. Nevertheless, Plaintiffs Duane and Jennifer Limbaugh responded that they have withdrawn the notice of deposition, which stemmed from a miscommunication between counsel for various Defendants regarding their

---

[1] The Court cautions counsel to carefully review all local rules and Judge Werlein's detailed procedures. Moreover, to state the obvious, the Texas Rules of Civil Procedure—cited in Ms. Evelyn, LLC's motion, Dkt. 75 at 2—do not apply to this *federal* proceeding.

availability for Merches's deposition. *See* Dkt. 80 at 1-2. It is therefore **ORDERED** that the motion to quash is **DENIED** as **MOOT**.

Second, Defendant Amazon Logistics, Inc. filed a motion requesting a two-week extension of the deadline to file a reply in support of its motion for summary judgment, Dkt. 76, which was referred to the undersigned judge, Dkt. 81. Amazon did not file its request for extension until June 12, 2024, the day before its reply was due.[2] *See* S.D. Tex. L.R. 7.4 (providing 7 days from the filing of a response to submit a reply). As its sole justification, Amazon's motion asserts that it was still awaiting transcription of the May 30, 2024 deposition of co-Defendant Isaac Javier Mendez Garcia. *Id.* at 2.

But the response filed by Plaintiffs Duane and Jennifer Limbaugh exposes that purported justification as false. *See* Dkt. 77 at 5. Indeed, Plaintiffs attached the entire transcript of Garcia's deposition to their June 5, 2024 response to Amazon's motion for summary judgment. *See* Dkt. 65-12 (PX-13). The transcript reflects that it was available on May 31, 2024. *See id.* at 230. Yet instead of acknowledging the glaring inaccuracies in its position, Amazon filed a reply attempting to raise altogether different justifications for

---

[2] Although Plaintiffs filed the sealed version of their summary-judgment response brief at 11:59 p.m. on June 5, 2024, their exhibits and redacted brief were not docketed until the following day. *Compare* Dkt. 64 (sealed response), *with* Dkt. 65-12 (Garcia's deposition), *and* Dkt. 72 (redacted response). Hence, the seven-deadline for Amazon's reply runs from June 6, 2024 and expired on June 13, 2024.

its requested extension. *See* Dkt. 78 at 2 (citing length of Plaintiffs' response and volume of evidence).

The Court is troubled by Amazon's proffering of a false reason for seeking an extension—which Amazon fails to explain or address. *See generally* Dkt. 78 (no acknowledgement). The record confirms that Amazon either failed to exercise diligence obtaining Garcia's deposition, or it failed to timely review Plaintiffs' response to summary judgment. Neither alternative demonstrates good cause for the requested extension. Moreover, the Court also declines to consider Amazon's newfound justifications, raised for the first time in a reply.

Amazon has already obtained several extra days to prepare its reply brief while awaiting a ruling on its requested extension. Any further extension is unmerited, given that Amazon assumed the risk of needing to file its reply immediately by waiting until the eve of the deadline to request an extension.

It is therefore **ORDERED** that Amazon's motion requesting a 14-day extension of its June 12, 2024 reply deadline is **DENIED.** Instead, Amazon's reply brief is due by **June 18, 2024.**

Signed on June 17, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge